UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

                                                                    09 JUN 19 P 1:07

Heather Thorpe                          )
_____                 )
                                        )
_____                 )
_____                 )
Name of plaintiff(s)                    )
                                        )
v.                                      )   Case No. **1:09-CV-164**
                                        )        (to be assigned by Clerk)
Compass Care Alliance                   )
                                        )
Amanda Kingsley therapudic              )
                                        )
visitation worker                       )
Name of defendant(s)                    )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Mrs. Kingsley made false statements about Me making up a sexual preditor was at my 10 year old sons house. I have pictures of his vehicle there very late at night on 2 seperate occasions.

2. Plaintiff, ~~Amanda Kingsley~~ Heather Thorpe resides at
6167 Pinhook rd , Calhoun
street address                          city        423252 1906
Polk          , TN   , 37309  , ~~423-314-5254~~
county          state    zip code     telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
Jyson Humphrey   7·14·98   son

1

Case 1:09-cv-00164-HSM-WBC   Document 3   Filed 06/19/09   Page 1 of 3   PageID #: 12

3. Defendant, Manda Kingsley lives at, or its business is located at
1716 Cleveland Hwy Ste 500, Dalton
street address                                    city
Whitfield                        , GA   , 30721
county                            state      zip code

(if more than one defendant, provide the same information for each defendant below)
Compass Care Alliance
1716 Cleveland Hwy Ste 500 Dalton GA. 30721 Whitfield co.

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Amanda Kingsley works for Compass Care Alliance. On 3/24/09 I contacted both Kristen from CASA and Amanda Kingsley about 9:30pm concerning a registered sex offender at my sons temporary residence. I took pictures of his vehicle outside the residence. Sex offender James Edward Leamon has been there again even later at night. On 4/3/09 at 10:17 he was there again I took more pictures. I was called a liar by Amanda Kingsley in her report to the judge. Stating I "made false accusations," when it was in fact the truth.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. • Apology

   b. • compensation for damage in my case

   c. • compensation for damage to my character

   d. • Mrs. Kingsley took off my case. She is no longer welcome in my home.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this 7th day of April, 2009.

Heather Thorpe
Jyson Humphrey

Signature of plaintiff (s)

3